IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CARLOS DEANGELO OWENS,

      Appellant,

v.

                                        Case No.  5D23-247
                                        LT Case No. 99-2347-CF-A

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed May 30, 2023

3.800 Appeal from the Circuit Court
for Duval County,
Tatiana Salvador, Judge.

Carlos Deangelo Owens, Daytona
Beach, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Zachary F.
Lawton, Assistant Attorney General,
Tallahassee, for Appellee.


PER CURIAM.

      AFFIRMED.


KILBANE, MACIVER and PRATT, JJ., concur.